IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BRENDA GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>NAVISTAR INTERNATIONAL CORPORATION AND NAVISTAR, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO. 5:19-cv-83 |

## ORDER AND FINAL JUDGMENT

In accordance with the Notice of Voluntary Dismissal (Docket No. 5) as to both Defendants, Navistar International Corporation and Navistar, Inc.("Defendants"), the Court hereby

**ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED** this 8th day of July, 2019.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE